IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**FREDDIE J. GRIMES,**                                            06-CV-619-AS

       **Plaintiff,**                                              ORDER

v.

**OREGON DEPARTMENT OF CORRECTIONS,
et al.,**

       **Defendants.**

**FREDDIE J. GRIMES**
S.R.C.I.
SID #8371094
777 Stantion Boulevard
Ontario, OR 97914

       Plaintiff, *Pro Se*

**HARDY MYERS**
Attorney General
**JACQUELINE SADKER**
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
(503) 378-6313

       Attorneys for Defendants

1 - ORDER

**BROWN, Judge.**

On August 22, 2006, Magistrate Judge Donald Ashmanskas issued an Order (#18) denying Plaintiff Freddie J. Grimes's "Ordering Motion to '5' Counts of Actual Fraud and '5' Counts of Fraud" (#9) and Plaintiff's Motion for Investigative Grand Jury (#16). On September 14, 2006, Plaintiff filed a "Motion to Appeal Denying Plaintiff's Motions for Fraud Filed on Defendants and Motion for Investigative Grand Jury" (#24), which the Court construes as Objections to the Order denying Plaintiff's Motions. The matter is now before this Court pursuant to Fed. R. Civ. P. 72(a).

When a party objects to any portion of a Magistrate Judge's nondispositive Order, the district court must make a *de novo* determination of that portion of the Order. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

This Court has carefully considered the Objections of Plaintiff and concludes they do not provide a basis to modify the Magistrate Judge's Order. This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error.

2 - ORDER

## **CONCLUSION**

The Court **AFFIRMS** Magistrate Judge Ashmanskas's Order (#18) denying Plaintiff's "Ordering Motion to '5' Counts of Actual Fraud and '5' Counts of Fraud" (#9) and Plaintiff's Motion for Investigative Grand Jury (#16).

Accordingly, the Court **DENIES** Plaintiff's "Motion to Appeal Denying Plaintiff's Motions for Fraud Filed on Defendants and Motion for Investigative Grand Jury" (#24).

IT IS SO ORDERED.

DATED this 20th day of October, 2006.

/s/ Anna J. Brown
───────────────────────────
ANNA J. BROWN
United States District Judge

3 - ORDER