FILED '07 APR 11 10:11 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FREDDIE J. GRIMES,                                                06-CV-619-AS

       Plaintiff,                                                  ORDER

v.

O.D.O.C. AGENCY; GUY HALL,
Superintendent Custodian;
TRUST ACCOUNTING UNIT WAGNER;
JOE CAPPS, Hearings Officer Adjudicator; and COUNSELOR CAPPELLO
STEVEN,

       Defendants.

**FREDDIE J. GRIMES,**
SID #8371094
Snake River Correctional Facility
777 Stanton Blvd.
Ontario, OR 97914

       Plaintiff, *Pro Se*

1 - ORDER

**HARDY MYERS**
Attorney General
**JACQUELINE SADKER**
Assistant Attorney General
Department of Justice
1162 Court Street, NE
Salem, OR 97301
(503) 378-6313

       Attorneys for Defendants

**BROWN, Judge.**

    Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#88) on January 25, 2007, in which he recommended the Court grant Defendants' Motion for Summary Judgment (#59) and dismiss this action. Plaintiff filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

    This Court has carefully considered the objections of Plaintiff and concludes Plaintiff's objections do not provide a basis to modify the Findings and Recommendation. This Court also

has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#88) and, accordingly, **GRANTS** Defendants' Motion for Summary Judgment (#59) and **DISMISSES** this action.

IT IS SO ORDERED.

DATED this 10th day of April, 2007.

_____
ANNA J. BROWN
United States District Judge

3 - ORDER